1  Sengthiene Bosavanh #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                             AT FRESNO

10 CELIA SALINAS           )
                           )   Civil Action No. 1:09-CV-454
11                         )
          Plaintiff,       )   STIPULATION AND ORDER
12                         )
   vs.                     )
13                         )
   MICHAEL J. ASTRUE,      )
14 Commissioner of Social  )
   Security,               )
15                         )
          Defendant.       )
16 _____)

17

18         IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted 30 day extension of time, until October 11, 2009, in which to file the

20 Opening brief.  All remaining actions under the scheduling order filed, March 11, 2009,

21 shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27

28

| | | |
|---|---|---|
| 1 | Dated: September 11, 2009 | /s/ Sengthiene Bosavanh |
| 2 | | SENGTHIENE BOSAVANH, Attorney for Plaintiff. |
| 3 | Dated: September 11, 2009 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Elizabeth Firer<br>(as authorized via facsimile)<br>ELIZABETH FIRER |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated:  **September 11, 2009**            **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE