IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA SALINAS, ) | 1:09cv0454 DLB |
| ) | |
| Plaintiff, ) | ORDER GRANTING |
| ) | EXTENSION OF TIME |
| ) | |
| vs. ) | (Document 16) |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

     On November 13, 2009, the parties filed a stipulation and proposed order to allow Plaintiff a third extension of time to file her opening brief.  The parties' request is GRANTED.  Plaintiff's opening brief SHALL be filed on or before November 27, 2009.

     <u>Plaintiff is forewarned that future extensions will be granted only upon a showing of good cause.</u>

IT IS SO ORDERED.

   Dated:    **November 13, 2009**             /s/ Dennis L. Beck
                                                  UNITED STATES MAGISTRATE JUDGE

1