1    BENJAMIN B. WAGNER
     United States Attorney
2    LUCILLE GONZALES MEIS
     Regional Chief Counsel, Region IX
3    THEOPHOUS H. REAGANS
     Special Assistant United States Attorney
4    California Bar No. 189450
              333 Market Street, Suite 1500
5             San Francisco, California 94105
              Telephone:  (415) 977-8938
6             Facsimile:  (415) 744-0134
              E-Mail:  Theophous.Reagans@ssa.gov
7
     Attorneys for Defendant
8
                          UNITED STATES DISTRICT COURT
9                        EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

12   CELIA SALINAS,                    )
                                       )        Case No. 1:09cv00454 DLB
13            Plaintiff,               )
                      v.               )        STIPULATION AND ORDER TO EXTEND
14                                     )        TIME
     MICHAEL J. ASTRUE,                )
15   Commissioner of                   )
     Social Security,                  )
16                                     )
              Defendant.               )
17   _____)

18
             The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's
19
     Motion for Summary Judgment (Doc. # 18) be extended from January 25, 2010 to February 24, 2010.
20
             Defendant needs the additional time to further review the file and prepare a response in this
21
     matter.
22
                                            Respectfully submitted,
23

24
     Dated: January 25, 2010                 */s/ Sengthiene Bosavanh*
25                                           (As authorized via phone)
                                             SENGTHIENE BOSAVANH
26                                           Attorney for Plaintiff

27

28

1   Dated: January 25, 2010                    Respectfully submitted,

2                                              BENJAMIN B. WAGNER
                                               United States Attorney
3                                              LUCILLE GONZALES MEIS
                                               Regional Chief Counsel, Region IX
4                                              Social Security Administration

5                                     By       */s/ Theophous Reagans*
                                               THEOPHOUS H. REAGANS
6                                              Special Assistant United States Attorney
                                               Attorneys for Defendant
7

8

9   IT IS SO ORDERED.

10     **Dated:    January 26, 2010**              **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28