IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA SALINAS, ) <br> ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:09cv0454 DLB <br><br> ORDER GRANTING STIPULATION <br> FOR REMAND <br><br> (Document 24) |

On February 24, 2010, the parties submitted a stipulation that the action be remanded to the Commissioner of Social Security for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g).

The stipulation to remand is GRANTED and the action is REMANDED to the Commissioner. The Clerk is ordered to ENTER JUDGMENT IN FAVOR of Plaintiff Celia Salinas and against Defendant Michael J. Astrue.

On remand, the Appeals Counsel shall instruct the Administrative Law Judge ("ALJ") to take the following action:

The ALJ will re-determine the severity of Plaintiff's alleged impairments; reassess Plaintiff's

1

residual functional capacity; clarify Plaintiff's past relevant work; and, if necessary, obtain a vocational expert to assist in determining Plaintiff's ability to perform past relevant work or any other work in significant numbers.

   IT IS SO ORDERED.

**Dated:   February 24, 2010**                         **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE

2